EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| *Re:*<br><br>Raymond Durand Villar | 2006 TSPR 84<br><br>168 DPR _____ |

Número del Caso: TS-4576


Fecha: 12 de mayo de 2006


Abogado de la Parte Peticionaria:

                Por derecho propio

Oficina del Procurador General:

                Lcda. Minnie H. Rodríguez López
                Procuradora General Auxiliar


Colegio de Abogados de Puerto Rico:

                Lcdo. José M. Montalvo Trías
                Director Ejecutivo

Oficina de Inspección de Notarías:

                Lcda. Marla D. Ríos Díaz
                Directora Auxiliar




Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Re:*

Raymond Durand Villar                    TS-4576

RESOLUCION

San Juan, Puerto Rico, a 12 de mayo de 2006

Examinada la moción solicitando reinstalación, presentada por Raymond Durand Villar, así como las comparecencias del Procurador General de Puerto Rico, del Colegio de Abogados de Puerto Rico y de la Oficina de Inspección de Notarías, se ordena la reinstalación de éste al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo